MARK L. MILLER, (SBN: 171394)
LARISSA L. LAZARUS, (SBN: 250293)
LAW OFFICES OF MARK L. MILLER
2341 Jefferson Street, Ste. 100
San Diego, CA  92110
Phone:      (619) 574-0551
Fax:          (619) 574-6243
Email:       larissa@millerelgalcenter

ATTORNEYS FOR DEBTOR,
ALEKSANDAR SRECKOVIC

SOUTHERN DISTRICT OF SAN DIEGO

UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| In re ALEKSANDAR SRECKOVIC, | Case No.: 10-22631-MM <br><br> Adversary Case No.: 11-90176-MM <br><br> **ALEKSANDAR SRECKOVIC'S NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING CASE NO. 11-90176-MM** |
| ALEKSANDAR SRECKOVIC, <br><br> Debtor/Petitioner, <br><br> vs. <br><br> SYSCO SAN DIEGO, INC. and SAN DIEGO COUNTY SHERIFF, et al., <br><br> Respondents. | |

Notice is hereby given to the court and all interested parties that the Debtor/Petitioner dismisses Adversary Proceeding, Case No.: 11-90176-MM, against all Respondents.

Dated:     May 3, 2011

LAW OFFICES OF MARK L. MILLER
/s/ LARISSA L. LAZARUS
Larissa L. Lazarus,
Attorney for Debtor/Petitioner

# PROOF OF SERVICE
## AP:  11-90176-MM

I, LARISSA L. LAZARUS, declare that I am a resident of or employed in the County of SAN DIEGO, State of CA.  My address is 2341 JEFFERSON STREET, STE 100, CA 92110.  I am over the age of eighteen years of age and I am not a party to this case.

On May 3, 2011, I served:

**ALEKSANDAR SRECKOVIC'S NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING CASE NO. 11-90176-MM**

by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at SAN DIEGO, CA addressed as follows:

| | |
|---|---|
| Nick I Iezza, Esq.<br>Glenn C. Kelble, Esq.<br>Spiwak & Iezza, LLP<br>555 Marin Street, Ste. 140<br>Thousand Oaks, CA  91360 | Thomas E. Montgomery, Esq.<br>County of San Diego<br>1600 Pacific Highway, Room 355<br>San Diego, CA  92101-6259 |
| James L. Kennedy<br>Chapter 7 Trustee<br>P.O. Box 28459<br>San Diego, CA  92198 | United States Trustee<br>402 West Broadway, Ste. 600<br>San Diego, CA  92101 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     May 3, 2011                                             /s/ AIMEE BENZ____
                                                                                       Aimee Benz